UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

THE D&M CAPITAL GROUP, LLC,

                       Debtor.

Chapter 11

Case No. 19-11711 (SCC)

------------------------------------------------------------------X

S.B. DIAMOND CORP.,

                       Plaintiff,

-against-

ESSEX GLOBAL TRADING, INC., and THE D&M
CAPITAL GROUP, LLC

                       Defendants.

Adv. Pro. No. 19-01332 (SCC)

------------------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

TO:    THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD

       PLEASE TAKE NOTICE that, effective July 1, 2020, Troutman Sanders LLP, counsel of record for The D&M Capital Group, LLC, has changed its name to Troutman Pepper Hamilton Sanders LLP (Troutman Pepper).

       PLEASE TAKE FURTHER NOTICE that the street address, e-mail address(es), telephone number(s) and facsimile number(s) affiliated with the undersigned counsel will remain the same.

Dated: New York, New York.  Respectfully submitted,
      July 17, 2020

By: /s/ *Alissa K. Piccione*
   Aurora Cassirer
   Brett D. Goodman
   Alissa K. Piccione
   Troutman Pepper Hamilton Sanders LLP
   875 Third Avenue
   New York, NY 10022
   (212) 704-6000
   aurora.cassirer@troutman.coms
   brett.goodman@troutman.com
   alissa.piccione@troutman.com

*Attorneys for the D&M Capital Group LLC*