**WINDELS MARX LANE & MITTENDORF, LLP**
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax (212) 262-1215
Antonio J. Casas (acasas@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| THE D&M CAPITAL GROUP, LLC, | Chapter 7 |
| Debtor. | Case No. 19-11711-scc |
| S.B. DIAMOND CORP., | |
| Plaintiff, | Adv. Pro. No. 19-01332-scc |
| -against- | |
| ESSEX GLOBAL TRADING, INC., and THE D&M CAPITAL GROUP, LLC, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF ACTION

In accordance with settlements between Alan Nisselson, Chapter 7 Trustee of defendant The D&M Capital Group, LLC, and plaintiff S.B. Diamond Corp. and defendant Essex Global Trading, approved by the Court in separate orders entered in the main case (Case No. 19-11711-scc, Doc. 231) and Adversary Proceeding 19-01300-scc (Doc. 124), this action, including all claims and crossclaims, is voluntarily dismissed with prejudice as to all parties, pursuant to Federal Rule of Civil Procedure 41(a) and (c), made to apply in this action by Federal Rule of Bankruptcy Procedure 7041.

{80288936:2}

Dated: New York, New York  
       June 23, 2022

MORRISON COHEN LLP  
*Attorneys for Plaintiff S.B. Diamond Corp.*

By:   */s/ Christopher Milito*  
       Christopher Milito (cmilito@morrisoncohen.com)  
       909 Third Avenue, 27th Floor  
       New York, New York 10022  
       Tel. (212) 735-8769 / Fax (917) 522-3169

Dated: New York, New York  
       June 23, 2022

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee of Defendant The D&M Capital Group, LLC*

By:   */s/ Antonio J. Casas*  
       Antonio J. Casas (acasas@windelsmarx.com)  
       156 West 56th Street  
       New York, New York 10019  
       Tel. (212) 237-1000 / Fax (212) 262-1215

Dated: New York, New York  
       June 23, 2022

SAM P. ISRAEL, P.C.  
*Attorneys for Defendant Essex Global Trading, Inc.*

By:   */s/ Timothy Savitsky*  
       Timothy Savitsky (timsavitsky@spi-pc.com)  
       32 Broadway - Suite 1114  
       New York, New York 10004  
       Tel. (646) 787-9880 / Fax (646) 787-9886

**SO ORDERED:**  
this 27th day of June 2022  
New York, New York

/S/ Shelley C. Chapman  
United States Bankruptcy Judge